# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                v.                  Crim. No. 5:08-CR-286-1FL

**DARRYL DEVON BEST**

    On March 12, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                  /s/ Julie Wise Rosa  
Michael C. Brittain                     Julie Wise Rosa  
Senior U.S. Probation Officer           U.S. Probation Officer  
                                           310 New Bern Avenue, Room 610  
                                           Raleigh, NC 27601-1441  
                                           Phone: 919-861-8675  
                                           Executed On: January 28, 2016

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __1st__ day of __February__, 2016.

                                             Louise W. Flanagan  
                                             U.S. District Judge